UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BOFI FEDERAL BANK, | Case No. 2:18-cv-01071-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| WILL MULTI SERVICES, LLC, *et al*., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Substitute Attorney (ECF No. 11), filed September 28, 2018.

Counsel for Plaintiff represents that Alaina C. Stephens, Esq. is no longer associated with the law firm of Foran Glennon Palandech Ponzi & Rudloff PC. Therefore, counsel requests that Alaina C. Stephens, Esq. be removed as attorney of record for Plaintiff. Counsel also indicates that Plaintiff will continue to be represented by Foran Glennon Palandech Ponzi & Rudloff PC. The Court finds good cause to justify granting the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Attorney (ECF No. 11) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Alaina C. Stephens, Esq. from the CM/ECF service list in this case.

Dated this 1st day of October, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1