# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BOFI Federal Bank

              Plaintiff,

  v.

Will Multi Services, LLC,
William Dupuis

              Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01071-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff BofI Federal Bank in the amount $140,205.81 against defendants Will Multi Services, LLC and William Dupuis, jointly and severally, on all counts. BofI is also entitled to recover interest accruing after September 19, 2018, taxable costs, and attorneys' fees as allowed under the note, Personal Guaranty, and applicable law.

October 30, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk